THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD MURDZIA and SUSAN EMBREE, individually on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | CASE No. 2:18-cv-00804-RSM<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT** |

## **STIPULATION**

Plaintiffs, Donald Murdzia and Susan Embree, served their complaint on Defendant Ocwen Loan Servicing, LLC on June 6, 2018. Pursuant to Rule 12(a)(1), Defendant Ocwen Loan Servicing, LLC has until June 27, 2018 to respond to the Complaint. The parties stipulate to and request an extension of on this deadline to July 27, 2018.

Good cause exists for the parties' requested extension. Defendant's counsel for this matter was engaged several days ago and needs time to communicate with Defendant and better understand the underlying issues and facts in order to formulate an appropriate response to the Complaint.

Counsel for the parties have met and conferred in good faith, there is good cause for the requested extension, and the parties' stipulation will not delay this proceeding or cause prejudice.

STIPULATION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT
(NO. 2:18-CV-00804-RSM) - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044  Tel: 206.839.4800

Accordingly, subject to the Court's approval, the parties agree as follows: Defendant will file/serve a response to the Complaint no later than July 27, 2018.

Respectfully submitted this 27th day of June, 2018.

| KAZEROUNI LAW GROUP APC | DLA PIPER LLP (US) |
|---|---|
| *s/ Ryan McBride (with permission)* | *s/ Jeffrey DeGroot* |
| Ryan Lee McBride, WSBA No. 50751<br>Abbas Kazerounian, WSBA No. 48522<br>KAZEROUNI LAW GROUP APC<br>2633 E Indian School Road, Suite 460<br>Phoenix, AZ 85016<br>Telephone: 800.400.6808<br>Fax: 800.520.5523<br>E-mail: Ak@kazlg.com<br>E-mail: Ryan@kazlg.com<br><br>*Attorney for Plaintiffs* | Jeff DeGroot, WSBA No. 46839<br>DLA PIPER LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104-7044<br>Telephone: 206.839.4800<br>Fax: 206.839.4801<br>E-mail: Jeffrey.DeGroot@dlapiper.com<br><br>*Attorney for Defendant Ocwen Loan Servicing, LLC* |

STIPULATION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT
(NO. 2:18-CV-00804-RSM) - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044  Tel: 206.839.4800

## **ORDER**

It is so ORDERED.

Dated this 28 day of June 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT
(NO. 2:18-CV-00804-RSM) - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044  Tel: 206.839.4800