UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Donald Murdzia and Susan Embree, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC,<br><br>Defendant. | Case No.: C18-804 RSM<br><br>ORDER |

Pursuant to the parties' stipulation and for good cause shown, Plaintiffs' claims against Defendant are dismissed with prejudice and the putative class's claims against Defendant are dismissed without prejudice, with each party to bear their own attorney's fees and costs.

Dated this 2nd day of January 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE